<u>United States v. Grimmel Industries LLC et al.</u>

Complaint – Appendix A
(Fifth Claim for Relief)

**Appendix A**

Quarterly Visual Monitoring Violations

| | Year | Quarter | Failed to Conduct | Failed to Properly Conduct Quarterly Visual Monitoring (Reasons Stated Below) | Grimmel Indus., LLC | Rensselaer Iron & Steel, Inc. | Toby Grimmel |
|---|---|---|---|---|---|---|---|
| | | | | | Admit, Deny, or Lacks Knowledge or Information | | |
| a. | 2010 | Q2 | | Failed to include certification statement in QVM report. | | | |
| b. | 2010 | Q3 | | Failed to include certification statement in QVM report. | | | |
| c. | 2010 | Q4 | | Failed to include certification statement in QVM report. | | | |
| d. | 2011 | Q1 | | Failed to include certification statement in QVM report. | | | |
| e. | 2011 | Q2 | | Failed to include certification statement in QVM report. | | | |
| f. | 2011 | Q3 | | Failed to sample after a qualifying event; Failed to include certification statement in QVM report. | | | |
| g. | 2011 | Q4 | ✓ | | | | |
| h. | 2012 | Q1 | | Failed to sample after a qualifying event; Failed to include certification statement in QVM report. | | | |
| i. | 2012 | Q2 | | Failed to include certification statement in QVM report. | | | |
| j. | 2012 | Q3 | | Failed to include certification statement in QVM report. | | | |
| k. | 2012 | Q4 | | Failed to sample after a qualifying event; Failed to include certification statement in QVM report. | | | |
| l. | 2013 | Q1 | | Failed to sample after a qualifying event; Failed to include visual quality and nature of stormwater discharges and certification statement in QVM report. | | | |
| m. | 2013 | Q2 | | Failed to include certification statement in QVM report. | | | |
| n. | 2013 | Q3 | | Failed to sample after a qualifying event; Failed to include visual quality and nature of stormwater discharges and certification statement in QVM report. | | | |
| o. | 2013 | Q4 | | Failed to sample after a qualifying event; Failed to include visual quality and nature of stormwater discharges and certification statement in QVM report. | | | |
| p. | 2014 | Q1 | ✓ | | | | |
| q. | 2014 | Q2 | | Failed to sample after a qualifying event; Failed to include certification statement in QVM report. | | | |
| r. | 2014 | Q3 | | Failed to sample after a qualifying event; Failed to include visual quality and nature of stormwater discharges and certification statement in QVM report. | | | |

A "qualifying event" is a storm event that is at least 0.1 inch of precipitation
QVM report is a Quarterly Visual Monitoring report