<u>United States v. Grimmel Industries LLC et al.</u>

Complaint – Appendix B
(Eighth Claim for Relief)

# Appendix B
## Failure to Properly Document Corrective Action
## for Benchmark Exceedances

|   | Sample Date | Pollutant of Concern | Benchmark Cut-Off Concentration | Reported Value | Grimmel Industries, LLC | Rensselaer Iron & Steel, Inc. | Toby Grimmel |
|---|---|---|---|---|---|---|---|
|   |   |   |   |   | Admit, Deny, or Lacks Knowledge or Information | | |
| a. | 11/8/2010 | Total Suspended Solids | 100 mg/L | 220 mg/L | | | |
| b. | 11/8/2010 | Iron, Total Recoverable | 1 mg/L | 2.2 mg/L | | | |
| c. | 11/8/2010 | Aluminum, Total Recoverable | 750 ug/L | 1,500 ug/L | | | |
| d. | 10/14/2011 | Chemical Oxygen Demand | 120 mg/L | 130 ug/L | | | |
| e. | 5/8/2012 | Iron, Total Recoverable | 1 mg/L | 1.3 mg/L | | | |
| f. | 5/8/2012 | Aluminum, Total Recoverable | 750 ug/L | 760 ug/L | | | |
| g. | 6/11/2013 | Total Suspended Solids | 100 mg/L | 240 mg/L | | | |
| h. | 6/11/2013 | Iron, Total Recoverable | 1 mg/L | 3.5 mg/L | | | |
| i. | 6/11/2013 | Zinc, Total Recoverable | 110 ug/L | 240 ug/L | | | |
| j. | 6/11/2013 | Aluminum, Total Recoverable | 750 ug/L | 840 ug/L | | | |
| k. | 6/11/2013 | Cadmium, Total Recoverable | 1.8 ug/L | 4 ug/L | | | |
| l. | 6/11/2013 | Chromium, Total Recoverable | 1.8 ug/L | 50 mg/J | | | |
| m. | 6/11/2013 | Copper, Total Recoverable | 12 ug/L | 50ug/L | | | |
| n. | 6/11/2013 | Chemical Oxygen Demand | 120 mg/L | 240 mg/L | | | |